

# Fourth Court of Appeals

## San Antonio, Texas

August 7, 2019

No. 04-19-00511-CR

**IN RE** Amador **MUNGIA**

Original Mandamus Proceeding[1]

**ORDER**

On July 26, 2019, relator filed a petition for writ of mandamus. This court concludes relator is not entitled to the relief sought; therefore, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on August 7, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 15-09-14198, styled *The State of Texas v. Amador Mungia*, pending in the 79th Judicial District Court, Jim Wells County, Texas, the Honorable Richard C. Terrell presiding.